

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| ATWELL, LLC, | § | No. 08-23-00029-CV |
| Appellant, | § | Appeal from |
| v. | § | 407th Judicial District Court |
| DCP OPERATING COMPANY, LP, and DCP SAND HILLS PIPELINE, LLC, | § | of Bexar County, Texas |
| | § | (TC# 2018-CI-22638) |
| Appellees. | | |

### J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellees recover from Appellant all costs of appeal for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 26TH DAY OF JANUARY 2024.


LISA J. SOTO, Justice


Before Alley, C.J., Palafox and Soto, JJ.